425 A.2d 832

Commonwealth v. McClosky, Appellant.

Submitted June 29, 1979. Harry P. Mattern, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

* President Judge John Q. Stranahan, of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman, of the Court of Common Pleas of Chester County, Pennsylvania, are sitting by designation.

648

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The order of the lower court is hereby affirmed.